IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE BELTON, III,

        Petitioner,                No. CIV S-09-1641 KJM P

    vs.

MCDONALD,

        Respondent.            ORDER

                                  /

        This petition for writ of habeas corpus was dismissed on October 5, 2009. The motions filed by petitioner since the closing date (docket nos. 7 and 8) will be disregarded and no orders will issue in response to future filings.

DATED: November 19, 2009.

                                                  U.S. MAGISTRATE JUDGE

4/kly
belt1641.158